UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., KIK CONSUMER PRODUCTS, INC., and KIK INTERNATIONAL LLC,<br><br>    Defendants. | Case No. 1:23-cv-01101-ADA-HBK<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>(Doc. No. 4) |

Pending before the Court is Plaintiff Michelle Acosta and Defendants KIK International LLC and Walmart, Inc. (collectively "Parties") stipulated motion for leave for Plaintiff to file a first amended complaint filed on July 28, 2023. (Doc No. 4). Defendants consent to Plaintiff being permitted leave to file a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) within thirty (30) days. (*Id*. at 3, ¶2). The parties further stipulate that Defendants' deadline to respond to the first amended complaint shall be thirty (30) days after the filing of Plaintiff's first amended complaint.

Accordingly, it is **ORDERED**:

1. The Parties' stipulated motion for leave for Plaintiff to file a first amended complaint (Doc. No. 4) is GRANTED.

1      2. Plaintiff shall file a first amended complaint **no later than September 1, 2023**.

2      3. Defendants shall respond to Plaintiff's first amended complaint **no later than October 2, 2023**.

Dated:   July 31, 2023

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE