1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHELLE ACOSTA,                          Case No.  1:23-cv-01101-ADA-HBK

12              Plaintiff,                      ORDER GRANTING JOINT MOTION
                                                TO AMEND CERTAIN DEADLINES
13        v.                                    IN CASE MANAGEMENT AND
                                                SCHEDULING ORDER
14   WALMART, INC., and KIK
     INTERNATIONAL, LLC,                        (Doc. No. 30)
15
                Defendants.
16

17

18        Pending before the Court is the Parties' Joint Motion to Extend Case Management and

19   Scheduling Deadlines filed May 1, 2024.  (Doc. No. 30).  The Parties request an extension to

20   certain deadlines until after their scheduled June 11, 2024 mediation.  The Court finds good cause

21   to grant an extension to certain of the deadlines in the Case Management and Scheduling Order.

22   Fed. R. Civ. P. 16(b)(4).

23        Accordingly, it is **ORDERED:**

24        1.   The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines

25             (Doc. No. 30) is GRANTED to the extent set forth herein.

26        2.   The following amended dates shall govern the management of this action.

27        ////

28        ////

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 10/11/2024 |
| Deadline for plaintiff and defendants to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 10/18/2024 |
| Deadline for disclosing any expert rebuttal report(s). | 11/01/2024 |
| Deadline for expert discovery. | 12/01/2024 |

3.  The remaining deadlines and procedures set forth in the November 9, 2023 Case Management and Scheduling Order (Doc. No. 17) otherwise shall govern this action.

4.  Defendants shall respond to Plaintiff's written discovery requests no later than thirty (30) days after the June 11, 2024 mediation and produce 30(b)(6) witnesses for deposition no later than sixty (60) days after the June 11, 2024 mediation.


Dated:     May 1, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE